1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10   THOMAS WILLIAMSINCLAIR RICHEY,

11                    Plaintiff,                      CASE NO. C14-5071 BJR-JRC

12           v.                                       ORDER STAYING DISCOVERY

13   DONALD DEAN et al.,

14                    Defendants.

15          The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

16   Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

17   636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

18          Defendants Donald Dean and Scott Russell have filed a motion to dismiss plaintiff's

19   action as frivolous and for failure to state a claim (Dkt. 11).  Defendants raise the affirmative

20   defense of qualified immunity in their motion (Dkt. 11, p. 10).  Defendants also ask the Court to

21   stay discovery pending a ruling on the motion to dismiss (Dkt. 11, p. 13).

22          Qualified immunity is "an affirmative defense that must be pleaded by a defendant."

23   *Harlow v. Fitzgerald*, 475 U.S. 800, 815 (1982)(*citing Gomez v. Toledo*, 446 U.S. 635 (1980)).

24

The immunity is "*immunity from suit* rather than a mere defense to liability." *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985)(italic in original). "Until this threshold immunity question is resolved, discovery should not be allowed." *Harlow v. Fitzgerald*, 475 U.S. 800, 818 (1982).  Because defendants have raised the defense of qualified immunity, the Court orders that discovery in this action is stayed.

Dated this 18th day of June, 2014.

J. Richard Creatura
United States Magistrate Judge