UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DEAN, SCOTT RUSSELL.<br><br>Defendants. | CASE NO. C14-5071 BJR-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this action for failure to state a claim and as frivolous. This dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).

(3) The Court revokes in forma pauperis status for purpose of appeal.

DATED this  1st  day of  August , 2014.

_____
BARBARA J. ROTHSTEIN
United States District Judge

ORDER - 1